IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION at CHATTANOOGA

IN RE:                                )
                                      )   NO. 11-10706
**INCENTIUM, LLC**                    )
                                      )   **CHAPTER 7**
      DEBTOR(S).                      )

**TRUSTEE'S NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection.  If you object to the Trustee's Notice of Intent to Sell, you must file with the clerk of the court at 31 East 11th Street, Chattanooga, TN 37402, an objection within 21 days from the date of this Notice and serve a copy on the Chapter 7 Trustee, Richard P. Jahn, Jr., 1200 Mountain Creek Rd, Ste 160, Chattanooga, TN  37405.  If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the court will consider that you do not oppose the Trustee's Notice of Intent to Sell and may grant the relief requested herein without further notice or hearing.

    Comes now the Trustee and gives Notice that he intends to sell the following property of the estate, based on the following facts.

**Property to be sold:** Chapter 13 remaining payments from Greg Jones.  He has been paying the estate roughly $668.00 per month through his Chapter 13 plan; he has approximately 13 more payments to make in his plan.

**Terms and Conditions of Sale:** Incentium's claim against Jones will be assigned to Wayside Terrace LLC of P O Box 5569, Sherman Oaks, CA 91413 for a payment of $3,000.00.  Buyer will begin receiving payment in April 2015.  Buyer assumes risk of default by Jones.  If Buyer does not close, Trustee will sell to another similar buyer who has no adverse interest to the estate.  Sale to a subsequent buyer will be for at least 50% of the total remaining payments in the plan.

**Date, Time and Location of Sale:** At the Trustee's office after order approving sale.

**Known Lienholder: None.**

Dated:

                                          Respectfully submitted,

                                          /s/ Richard P. Jahn, Jr.
                                          Richard P. Jahn, Jr., BPR #01435
                                          Chapter 7 Trustee
                                          1200 Mountain Creek Road, Ste. 160
                                          Chattanooga, TN 37405
                                          (423) 870-2125 *phone* (423) 870-2129 *fax*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of this **NOTICE OF INTENT TO SELL PROPERTY** and the proposed order was served upon the U.S. Trustee and the Debtor's attorney, Kyle R. Weems by ECF and all parties on the attached matrix by placing same in the United States Mail with sufficient postage to carry it to its destination on this 9th day of March, 2015.

                                                /s/ Richard P. Jahn, Jr.